UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

─────────────────────────────────────

DUONE MORRISON (#08-A-2086)

         Plaintiff,

                    ORDER
  v.               12-CV-00542(A)(M)

RICK STROMAN, et al.,

         Defendants.

─────────────────────────────────────

    The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On November 5, 2014, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendants' motions for summary judgment (Dkt. No. 27 and Dkt. No. 36) be denied.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, the defendants' motions for summary judgment are denied without prejudice.

    The case is referred back to Magistrate Judge McCarthy for further proceedings.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   November 26, 2014